CONSENT Mtn To Transfer Venue Under 28 U. S. C. 1406 & Ord -

4/11/01  1   COMPLAINT filed Summons(es) issued referred to Discovery Carla M. Woehrle (jag) [Entry date 04/16/01]    [2: 01cv33 04]

2    NOTICE OF INTERESTED PARTIES filed by plaintiffs (jag) [Entry date 04/16/01]    [2:01cv3304]

4/11/0   3    NOTICE by plaintiff of related case(s) CV 97-7023 HLH (RCx) & other related group. (in) [Entry date 04/19/01]    [2: 01cv33 04]

4/16/0   3   NOTICE OF FILING FEE DUE On Pro Hac Vice Application   mailed to attorney Charles Herrmann for plaintiff Sang Woo   Kim (jag)[Entry date 04/16/01] [2:01cv3304]

4/24/0    4    ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 224 (Related Case) filed. [ Related Case no.: CV 97-7023 HLH (RCx)]   Case transferred from Judge A. H. Matz to Judge Harry L.  Hupp for all further proceedings.Case referred from   Discovery Carla M. Woehrle to Discovery Ro~alyn M.  Chapman. The case number will now reflect the initials of   the transferee Judge [ CV 01-3304 HLH (RCx)J (cc: all    counsel) (kc) [Entry date 04/24/01] [2:01cv3304]

5/4/01    5    SUPPL ORDER by Judge Harry L. Hupp of ConsQlidation for   all pretrial purposes. (re: MDL 1237) (pbap)    [Entry date 05/09/01] [2:01cv3304]

5/18/01   6    Proof of service of S/C, ntc of interested ptys executed upon defendant USA on 5/9/01 srvd on Laura Villa, civil   clerk agent for svc personally. CCP.41650 Public Entity (tw)    [Entry date   05/21/01] [2:01cv3304]

5/29/0:   7    PROOF OF SERVICE executed upon John Ashcroft, U.S. Attorney General on behalf of the United States of America on    4/19/01 by mailing S/C; Ntc of Interested Ptys by Domestic    Return Receipt to John Ashcroft stamped for by Ernest L  Parker, Supervisor on 4/23/01 (see doc for fur details) (inch)    [Entry date 05/31/01] [2:01cv3304]

8    PROOF OF SERVICE executed upon defendant USA on 5/10/01 by    serving the S/C; Ntc of Interested Ptys to John Ashcroft,   U.S. Attorney General by mailing Domestic Return Receipt on    5/10/01 stamped for by Ernest L Parker, Supervisor on    5/14/01 (see doc for fur details) (inch)    [Entry date 06/01/01] [2:01cv3304]

6/5/01    9    ANSWER filed by defendant USA to complaint [1-1]. (re: MDL 1237) (pbap) [Entry date 06/12/01] [2:0Lcv3304]

6/6/01    10    NOTICE OF DISCREPANCY AND ORDER by Judge Harry L. Hupp   USA s ans to cmp rcd 6/5/01 is to be filed and processed (pbap) [Entry date 06/12/01] [2:01cv3304]


6/12/01  11    MINUTES: OSC RE FAILURE TO COMPLY W/ LR 2.2.3.1: Charles Herrmann is hereby ord to show cause in writing why he    should not be stricken as cnsl of record for failure to   comply w/ LR 2.2.3.1. Under the Local Rules Mr Herrmann   must file an Appl of Non-Resident Atty to Appear in a   Specific Case & pay the $85.00 pro hac vice apr fee (see   doc for fur details) by Judge Harry L. Hupp CR: Cynthia L   Mizell (inch) [Entry date 06/14/01] [2:01cv3304]

7/6/01    12    MINUTE$: Ord striking cnsl of record. On 6/12/01 this crt ord Charles Herrmann to show cause in writing why he should not be stricken as cnsl for failure to comply. Under local rules, non resident cnsl of record must file an appl of non resident atty to appear in a specific case & pay $85.00 pro hac viQe appearance fee. Contact with Mr. Herrmann reveals that he is not cnsl of record, despite being named as such on cmp. Mr. Herrmann is hereby stricken as cnsl of record in this case at his req by Judge Harry L. Hupp CR: Cynthia Mizell (tw) [Entry date 07/09/01] [2:01cv3304]

7/18/0    13    MINUTES: OSC re consolidation. The Crt has rcd a consent mot to transfer CV 01-3304-HLH(Rcx) to the District of Guam. The Crt ords to show cause why CV 01-3304 & CV 98-6389 should not be consolidated by 8/1/01. The US is ordere4 to address whether it has accepted liability in this case by 8/1/01 by Judge Harry L. Hupp CR: not present (pbap) [Entry date 07/23/01] [2:01cv3304]

7/30/01    14    NOTICE by defendant USA s position on liability. (pbap) [Entry date 08/02/01] [2:01cv3304]

8/1/01    15    STIPULATION and ORDER by Judge Harry L. Hupp that Case CV 01-3304 HLH(RCx) and CV 98-6389 HLH(RCx) may be consolidated and, ~nd Case transferred to Dist of: GUAM. (ENT 8/8/01) MD JS (pbap) [Entry date 08/08/01] [Edit 4ate 08/08/01] [2:01cv3304]

8/1/01    16    CONSENT MOTION TO TRANSFER VENUE & ORDER by Judge Harry L. Hupp. ORD that the Consent Motion to Transfer venue is hereby GR, and it is FUR ORD that this action shall be transferred to the District of Guam for all purposes togeth~r with consolidated case CV 98-6389-HLH. (pbap) [Entry date 08/08/01] [2:01cv3304]

8/9/01    TRANSMTTTAL of documents orig file, cc docket and ord to the Di~trict of GUAM. (pbap) [Entry date 08/09/01] [2 : 01c~r33 04] ;   [WMT EOD 08/22/2001]